McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN PAUL RAYMER, DOES 1 THROUGH 10, Inclusive,<br><br>            Defendants. | Case No. 2:06-CV-02316-DFL-GGH<br><br><br><br><br>STIPULATION AMENDING COMPLAINT; ORDER |

    It is stipulated between the parties that Plaintiffs' COMPLAINT IN SUBROGATION FOR PROPERTY DAMAGE be amended as follows:

    1. At the time of the accident that is the subject of plaintiff's suit, defendant Steven Paul Raymer was a U.S. Forest Service employee acting within the scope of his federal employment and official duties.  Defendant Steven Paul Raymer shall be dismissed for the reason that a government driver acting in the scope of federal employment is absolutely immune under the Federal Tort Claims Act from liability for common law torts.  It is stipulated that the Federal Tort Claims Act applies to the accident

```
 1  that is the subject of Plaintiff's suit.
 2       2. The DOE defendants shall be dismissed.
 3  DATED: December 5, 2006        McGREGOR W. SCOTT
                                   United States Attorney
 4
 5
                              By:     /s/ John F. Gisla
 6                                 JOHN F. GISLA
                                   Assistant United States Attorney
 7                                 Attorneys for the United States
 8
 9
    DATED: December 1, 2006        LAW OFFICES OF GEORDAN GOEBEL
10
11
12                            By:     /s/ Abe Luca
                                   ABE LUCA
13                                 Attorneys for Plaintiff
14
15
    IT IS SO ORDERED.
16
17
18  DATED: December 11, 2006
                                      /s/ David F. Levi
19                                 DAVID F. LEVI
                                   UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28
```