McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | No. 2:06-cv-02316-WBS-KJM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED:  May 7, 2007          McGREGOR W. SCOTT
                             United States Attorney


                             By:   John F. Gisla
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States

1

DATED:    April 27, 2007      LAW OFFICES OF GEORDAN GOEBEL


                         By:   /s/Geordan Goebel
                               GEORDAN GOEBEL
                               Attorneys for Plaintiff


                    ORDER OF DISMISSAL

   Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

DATED:  May 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on May 7, 2007, she served a copy of:

STIPULATION FOR DISMISSAL; DISMISSAL

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Geordan Goebel, Esq.
155 Granada Street, #M2
Camarillo, CA 93010

/s/Pamela Beauvais